COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Bilal  Burki v. Janette D.  Dansby

Appellate case number:   01-22-00044-CV

Trial court case number:  21-DCV-289522

Trial court:                    268th District Court of Fort Bend County

On January 25, 2022, appellant, Bilal Burki, filed an "Emergency Motion Requesting Stay of Proceedings in Trial Court Pending Appeal" seeking a stay of all proceedings in the trial court, including collection actions by the court-appointed receiver, in Cause No. 21-DCV-289522, *Janette D. Dansby v. Sheila Burki, individually and d/b/a Sheila Burki Wedding Décor and/or Sheila Burki Designs, LLC; and Bilal Burki, individually and d/b/a Sheila Burki Wedding Décor, and/or Sheila Burki Designs, LLC*; in the 268th District Court of Fort Bend County, Texas.  We **grant** Appellants' motion for emergency relief and stay all trial court proceedings in Cause No. 21-DCV-289522 pending final adjudication of the present appeal or until further order from this Court.

The Court requests a response from appellee, Janette D. Dansby, to the motion to stay. The response, if any, is due ten days from the date of this order.

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                              Acting individually


Date:  January 26, 2022